UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CV-121-F

RICHARD SAMPSON )
    Plaintiff, )
)
v. ) ORDER
)
HOSPIRA, INC.; MIKE LEONARD; )
BRAD BAZEMORE and LEI ZHENG, )
    Defendants. )

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 30th day of September, 2010.

                    JAMES C. FOX
                    Senior United States District Judge